CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
JUL 17 2008
JOHN F. CORCORAN, CLERK
BY: HMcDonald
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| JAMES D. ROBERTS, ) | |
|     Plaintiff, ) | Civil Action No. 7:08cv00372 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| TERRY O'BRIEN, <u>et al.</u>, ) | By: Hon. Jackson L. Kiser |
|     Defendants. ) | Senior United States District Judge |

In accordance with the accompanying memorandum opinion, it is now

## ADJUDGED and ORDERED

that plaintiff's motion [docket no. 12] "for a preliminary injunction and a temporary restraining order" is **DENIED**.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to plaintiff.*

**ENTER**: This 17th day of July, 2008.

                                                                                   Senior United States District Judge

---

* The Clerk is further directed to supplement the record on appeal with a copy of the letter [docket no. 16] sent to plaintiff, which was entered upon the dockets of Civil Action Nos. 7:08-cv-00372, 7:08-cv-00388, and 7:08-cv-00389 on July 16, 2008, and copies of the instant order and the accompanying memorandum opinion.